UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICO TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA MAYOR, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-01875-RFL<br>24-cv-2546-RFL<br>24-cv-3274-RFL<br>24-cv-3635-RFL<br>24-cv-6010-RFL<br><br>**ORDER OF DISMISSAL** |

Anthony Turner, a pretrial detainee, while incarcerated at the West County Detention Center and Napa State Hospital, filed the above *pro se* civil rights actions alleging that officials from various public agencies and private companies started a campaign of retaliation against him by falsifying medical records, engaging in tax fraud, committing racial discrimination, arresting him, and staging assaults while in custody. Plaintiff's motions to proceed *in forma pauperis* in the above cases were denied after the Court found that plaintiff was three-strikes barred pursuant to 28 U.S.C. § 1915(g), and not under imminent danger of serious physical injury. Plaintiff was provided an opportunity to pay the full filing fee, four hundred and five dollars, in each case or they would be dismissed.[1] The time to pay has passed and Plaintiff has not paid the fee. These cases are DISMISSED without prejudice.

　　**IT IS SO ORDERED.**

Dated: December 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The order denying *in forma pauperis* status and providing Plaintiff an opportunity to pay the filing fee was returned as undeliverable. However, the order which included all of the cases, was resent to Plaintiff at his new address. *See Turner v. Studios & Fine Arts*, Case No. 24-cv-3274-RFL. Plaintiff received the order and filed objections. *See* Dkt. No. 17, Case No. 24-cv-3274-RFL  The objections are difficult to understand and fail to address the Court's ruling regarding 28 U.S.C. § 1915(g), or the requirement that Plaintiff the full filing fee.